# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/24/17

SEAN F. McAVOY, CLERK

| U.S.A. vs. | DIAZ, Hector | Docket No. | 2:16-CR-00036-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW    Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Hector Diaz, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge John T. Rodgers in the Court at Spokane, Washington, on the 9th day of September 2016, under the following conditions:

**Standard Condition No. 1:**  Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense council within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notified the supervising Pretrial Services Officer in captioned matter.

**Special Condition No. 18:**  Refrain from excessive use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR  ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation No. 1:** On July 22, 2017, Hector Diaz was arrested and charged with Driving Under the Influence, Pasco Municipal Court, docket number 7z0796102.  Arraignment is scheduled for July 24, 2017.

REQUESTING A WARRANT BE ISSUED

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    July 24, 2017

by    s/Curtis G. Hare

Curtis G. Hare

U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action

[X]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[ ]   The incorporation of the violations contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[X]   Defendant to appear before the Magistrate Judge.

[ ]   Other

_____
Signature of Judicial Officer

July 24, 2017
_____
Date