PROB 12C
(6/16)

Report Date: May 15, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hector Diaz | Case Number: 0980 2:16CR00036-TOR-1 |
| Address of Offender: | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 29, 2018

Original Offense:   Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1(A)(viii) and 846

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 30 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 18, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | October 17, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Diaz is considered to be in violation of his conditions of supervised release by failing to contact the probation officer as directed on May 8, 2020 and May 15, 2020, and failing to submit his monthly supervision report form by May 10, 2020, as previously instructed. |
| | On October 23, 2020, Mr. Diaz' conditions of supervised release were reviewed with him. He signed a copy of his conditions, and a copy of the form was provided to him.  By signing this form, Mr. Diaz acknowledged an understanding of his conditions of supervised release, to include standard condition number 2, as noted above. |
| | Due to the COVID-19 pandemic, Mr. Diaz was enrolled in the electronic reporting system utilized by the U.S. Probation Office on March 20, 2020.  He was instructed to log into the system by the 10th day of each month to complete his monthly report form, and report any changes to the undersigned officer via telephone. On April 16, 2020, the undersigned officer |

Prob12C
**Re: Diaz, Hector**
**May 15, 2020**
**Page 2**

sent Mr. Diaz a text message, instructing him to submit his monthly report form electronically as one had not yet been received, and reminded him of the directive to submit his monthly report form by the 10th day of each month until further notice.

The undersigned officer attempted to contact Mr. Diaz via telephone on April 22, 2020, to address issues of treatment non-compliance. The offender did not answer, but a voice message was left instructing Mr. Diaz to contact the undersigned officer.

Another attempt to contact Mr. Diaz via telephone was made on May 8, 2020. No answer was received but a voice message was left directing Mr. Diaz to contact the undersigned officer by 1 p.m. the same day. Mr. Diaz failed to contact his probation officer as directed and has failed to submit his electronic monthly report form by May 10, 2020, as directed.

The undersigned officer attempted to contact Mr. Diaz at his home on May 14, 2020. This attempt was unsuccessful. A business card was left on the door, and another attempt to contact Mr. Diaz by phone was made. A voice mail was left directing Mr. Diaz to contact the undersigned officer by 12:00 pm on May 15, 2020. This information was also sent to Mr. Diaz by text message. As of this writing, Mr. Diaz has failed to report as directed and his current whereabouts is unknown.

2          **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Diaz is considered to be in violation of his conditions of supervision by failing to comply with substance abuse treatment services at Merit Resource Services (Merit) in Kennewick, Washington as of May 13, 2020.

On October 23, 2020, Mr. Diaz' conditions of supervision were reviewed with him. He signed a copy of his conditions, and a copy of the form was provided to him. By signing this form, Mr. Diaz acknowledged an understanding of his conditions of supervised release, to include special condition number 3, as noted above.

Mr. Diaz completed his substance abuse assessment at Merit on February 10, 2020. He was recommended to attend intensive outpatient treatment. Contact was made with Mr. Diaz on February 18, 2020. He confirmed he completed the substance abuse assessment with Merit and had a follow up appointment to begin treatment on February 27, 2020.

On March 3, 2020 Mr. Diaz expressed frustration to the undersigned officer regarding being assessed as needing intensive outpatient treatment. He was reminded treatment is a condition of supervised release and as such he is to complete the program per the treatment providers recommendations.

The undersigned officer contacted Merit on April 22, 2020, for an update on Mr. Diaz's compliance with treatment. Merit advised that Mr. Diaz had not been in contact with them

Prob12C
**Re: Diaz, Hector**
**May 15, 2020**
**Page 3**

regarding treatment since March 31, 2020.  Prior to this date, Mr. Diaz had only contacted Merit on two occasions since his assessment was completed.  Merit further reported they tried to contact Mr. Diaz by phone to no avail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 15, 2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
Chief United States District Judge
     May 19, 2020

Date