PROB 12C
(6/16)

Report Date: May 25, 2022

<h1 style="text-align:center">United States District Court</h1>

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hector Diaz                     Case Number: 0980 2:16CR00036-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 29, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1(A)(viii) and 846 |
| Original Sentence: | Prison - 30 months     Type of Supervision: Supervised Release
TSR - 60 months |
| Revocation Sentence: 10/06/2021 | Prison - 8 months
TSR - 52 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard     Date Supervision Commenced: March 28, 2022 |
| Defense Attorney: | Molly Winston     Date Supervision Expires: July 27, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/11/2022.

On April 5, 2022, supervised release conditions were reviewed with Mr. Diaz at the U.S. Probation Office in Richland, Washington. Mr. Diaz signed a copy of his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Hector Diaz is considered to be in violation of his conditions of release by using a controlled substance, marijuana, on and before May 16, 2022.

Mr. Diaz reported to the U.S. Probation Office in Richland, Washington, on May 18, 2022. He admitted to consuming marijuana on May 16, 2022. When questioned about his |

Prob12C
**Re: Diaz, Hector**
**May 25, 2022**
**Page 2**

frequency of use of marijuana, Mr. Diaz admitted his use has continued since the previous violations were reported to the Court on May 11, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 25, 2022

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

May 26, 2022
Date